THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKIN ARTWORK LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. C15-1492-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Plaintiff Rockin Artwork's motion for leave to amend its complaint (Dkt. No. 62) and the motions to compel payment by Defendants Authentic Hendrix, LLC and Experience Hendrix, LLC (Dkt. No. 65) and Defendant Bravado International Group Merchandising Services, Inc. (Dkt. No. 67).

　　　The motion to amend the complaint is untimely and constitutes a clear effort to engage in impermissible forum shopping. The motion (Dkt. No. 62) is thus DENIED. The case will remain with this Court.

　　　The Court further GRANTS Defendants' motions (Dkt. No. 65, 67) to compel Rockin to pay the fees the Court has ordered it to pay. (*See* Dkt. Nos. 42, 58, 59.) Rockin has shown no reason for the Court to reconsider its mandate, and the Court finds no merit in Rockin's attempt

MINUTE ORDER, C15-1492-JCC
PAGE - 1

to split hairs and argue technicalities as to the outcome of the discovery motions. Rockin must now pay the fees that it owes.  However, the fee awards are limited to the time spent actually working on Defendants' briefs—the awards do not encompass time spent conferring with Rockin's counsel. The Court thus orders Defendants to submit a clear and concise accounting of only those hours by Friday, December 16, 2016. The Court will subsequently make a finding as to the dollar amount Rockin owes to each Defendant. The Court declines to award Defendants fees in bringing the present motions to compel, but Rockin is warned that if it keeps these practices up, it may very well face more fees and costs in the future.

The Clerk is DIRECTED to lift the stay of Rockin's motion for extension of time (Dkt. No. 50) and motion to compel (Dkt. No. 52) and to renote these motions for Friday, December 23, 2016. Defendants must file any responses to these motions by Monday, December 19, 2016.

Because the outcome of these motions could impact the Court's resolution of the pending summary judgment motion (Dkt. No. 73) and motion for sanctions (Dkt. No. 76), the Court DIRECTS the Clerk to renote these motions for December 23, 2016 as well.

The Court observes that Rockin has already responded to the motions for summary judgment and for sanctions. (*See* Dkt. Nos. 87, 88.) Rockin's response to the summary judgment motion does not to address the merits of the motion, but merely objects to Bravado's act of filing the motion at all. The Court rejects Rockin's complaints on this point, but will give Rockin an opportunity to address the merits of Bravado's claims. Thus, Rockin may file an additional response to the summary judgment motion by Monday, December 19, 2016. Its response shall be limited to 19 pages, as it has already used 5 of its allotted 24. *See* W.D. Wash. Local Civ. R. 7(e)(3). However, because Rockin did address the merits of the motion for sanctions, it shall not be allowed any additional response to that motion. Bravado's reply briefs are due Friday, December 23, 2016.

//

//

DATED this 7th day of December 2016.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk